IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV336-W

| | |
|---|---|
| UBISOFT, INC., et. al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| OPTICAL EXPERTS ) | |
| MANUFACTURING, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion[s] for Admission ... Pro Hac Vice [of Stephen S. Smith, Suann C. MacIsaac, and Melissa A. Bakewell]" (documents ##4-6) filed July 16, 2008. For the reasons set forth therein, the Motions will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: July 17, 2008

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge