# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No: 3:08-CV-336

| | |
|---|---|
| UBISOFT, INC. and UBISOFT ENTERTAINMENT, S.A., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| OPTICAL EXPERTS MANUFACTURING, INC., | ) ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

**THIS MATTER** comes before the Court upon the Joint Motion to Seal Confidential Documents. The Matter is ripe for consideration. After carefully considering the arguments, the record, and applicable authority, the undersigned finds that the reasons set forth in the record, including the fact that the specifically identified exhibits or portions thereof contain proprietary non-public business information, are sufficient to overcome the public's presumptive right of access and that sealing the documents is necessary to adequately protect the sensitive non-public information. Furthermore, a non-confidential description of the specific items to be sealed has been provided to the public such that the public has been given notice and an opportunity to object.

IT IS THEREFORE ORDERED that the JOINT MOTION TO SEAL CONFIDENTIAL DOCUMENTS is **GRANTED**, and that Exhibits 2, 3, 4, 5, 6, and 7 to the Memorandum in Support of Plaintiffs' Motion for Sanctions for Spoliation of Evidence (Doc No. 25) are hereby sealed and shall remain sealed unless and until there is trial of this action and the Court determines that the documents are relevant for use in such trial.

**SO ORDERED**.

Signed: April 27, 2009

David S. Cayer
United States Magistrate Judge